FILED
 2015 Aug-21  PM 03:30
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ANTHONY FOSTER,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) Civil Action Number ) **4:14-cv-0687-AKK-HGD** |
| **ETOWAH COUNTY CLERK'S OFFICE, et al.,** | ) ) ) |
| **Defendants.** | ) ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on July 6, 2015, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  (Doc. 10).  No objections have been filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby is **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

**DONE** the 21st day of August, 2015.

                                                _____
                                                      **ABDUL K. KALLON**
                                        UNITED STATES DISTRICT JUDGE